# EXHIBIT B

# SUMMONS

COMMONWEALTH OF VIRGINIA Va. Code § 19.2-73; Rule 3A: 4

Fairfax
CITY OR COUNTY

[x] General District Court [ ] Juvenile and Domestic Relations District Court

4110 Chain Bridge Rd. 2nd Fl. Fairfax, VA 22030
STREET ADDRESS OF COURT

[x] Commonwealth of Virginia [ ] City [ ] County [ ] Town of ..........

TO THE ACCUSED:

You are hereby commanded to appear before this Court on

Feb 11, 2025 09:30 AM ..... to answer the charge that on or about 12/20/2024 ..........,
DATE AND TIME OF HEARING — DATE

within this [ ] Town of Fairfax County..... [ ] CITY [x] COUNTY you did unlawfully assault and batter Bradon Betz.

RECEIVED
2024.132602
DEC 23 2024
BY: DKMauck

in violation of Section 18.2-57 .........., [x] Code of Virginia (OR)
[ ] Ordinances of this City, County or Town.

**YOU MUST APPEAR** in court at the time and place shown above and appear at all other times and places and before any court or judge to which this case may be rescheduled, continued, transferred or appealed.

WARNING TO THE ACCUSED: You may be tried and convicted in your absence if you fail to appear in response to this summons. Willful failure to appear for a misdemeanor charge is a separate offense.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of Bradon Betz .........., Complainant.

12/23/2024 04:49 PM
DATE AND TIME ISSUED

[ ] CLERK [x] MAGISTRATE [ ] JUDGE
T. Gow

**CCRE/Fingerprinting Required**

FORM DC-319 (MASTER, PAGE ONE OF TWO) 03/21

---

CASE NO. GC25007808

ACCUSED:
Hill, Bryan
LAST NAME, FIRST NAME, MIDDLE NAME

Unknown
ADDRESS/LOCATION

To be completed upon service as Summons
Mailing address [ ] Same as above
[ ] ..........

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M | [redacted] | 6' 02" | | | BLK |

SSN

DL# STATE

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle [ ] Hazardous Materials

CLASS 1 MISDEMEANOR

[x] EXECUTED by delivering a true copy of this summons to the Accused in person today.
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.
[ ] The Accused certified to me the above mailing address.

Served 1/13/25
DATE AND TIME OF SERVICE

.........., ARRESTING OFFICER

BADGE NO., AGENCY AND JURISDICTION

for ..........
SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
ASSAULT AND BATTER

Offense Tracking Number: 059GM2400098093

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
ASL-1313-M1

---

S

Feb 11, 2025
09:30 AM
Hearing Date/Time

CONT LT
2HOURS
witness
Betz
rec'd
4/14/25
(VJ)

4.9.26
2pm -
OBLEGON 80

SUMMONS

The Accused was this day: [ ] tried in absence [✓] present

[✓] PROSECUTING ATTORNEY PRESENT (NAME)
Daniels

[✓] DEFENDANT'S ATTORNEY PRESENT (NAME)

[ ] NO ATTORNEY [ ] ATTORNEY WAIVED
[ ] If convicted, no jail sentence will be imposed

[ ] INTERPRETER PRESENT

[ ] Certified pursuant to § 19.2-190.1.

Plea of Accused:
- [✓] not guilty [ ] Witnesses sworn
- [ ] nolo contendere
- [ ] guilty [ ] Plea voluntarily and intelligently entered after the defendant was apprised of his right against compulsory self-incrimination and his right to confront the witnesses against him.

[ ] Plea and Recommendation

[✓] Deferred § 19.2-298.02, and order attached and incorporated.
Deferred to APRIL 9, 2026 2:00pm
DATE AND TIME

And was TRIED and FOUND by me:
- [ ] not guilty [ ] guilty as charged
- [ ] guilty of ..........
VCC..........
- [ ] facts sufficient to find guilt but defer adjudication/ disposition to ..........
DATE AND TIME
- [ ] and place accused on probation, §§ 4.1-305, 4.1-1120, 18.2-57.3, 18.2-251, 19.2-303.2, or 19.2-303.6.
  - [ ] First Offender order attached and incorporated in this order.
- [ ] Deferred § 19.2-298.02, and order attached and incorporated. Deferred to ..........
DATE AND TIME
- [ ] Costs imposed upon defendant

4-14-25 [signature]
DATE JUDGE

APR 1 4 2025 R. OBREGON

And was FOUND by me:
- [ ] driving a commercial motor vehicle
- [ ] carrying hazardous materials

[ ] I ORDER a nolle prosequi on prosecution's motion

[✓] I ORDER the charge dismissed [✓] with prejudice 298.02 Compliant
- [ ] conditioned upon payment of costs and
  - [ ] successful completion of [ ] traffic school
    - [ ] mature driver school, § 16.1-69.48:1.
  - [ ] compliance with law, § 16.1-69.48:1(A)(vi).
  - [ ] accord and satisfaction, § 19.2-151.
  - [ ] under §§ 4.1-305, 4.1-1120, 18.2-57.3, 18.2-251, 19.2-303.2, or 19.2-303.6.

[ ] Guilty – upon a violation of a term or condition of a deferred adjudication/disposition.

I impose the following Disposition:

[ ] FINE [ ] CIVIL PENALTY of $ .......... with $ .......... suspended

[ ] JAIL SENTENCE of.......... imposed, [ ] of which .......... days mandatory minimum with .......... suspended for a period of .........., conditioned upon being of good behavior, keeping the peace, obeying this order and paying fines and costs.

Pursuant to § 53.1-187, credit is granted for pre-trial detention.

[ ] Serve jail sentence beginning ..........
[ ] on weekends only

[ ] Work release [ ] authorized if eligible [ ] required
[ ] not authorized

[ ] Public work force [ ] authorized [ ] not authorized

[ ] on PROBATION for ..........
[ ] VASAP [ ] local community-based probation agency
[ ] Monitoring by GPS/other tracking device

[ ] DRIVER'S LICENSE suspended for ..........

[ ] Restricted Driver's License per attached order
[ ] Ignition Interlock for ..........

[ ] RESTITUTION order incorporated
[ ] Restitution payment is a condition of suspended sentence

[ ] COMMUNITY SERVICE .......... hours to be completed by .......... and supervised by ..........
[ ] to be credited against fines and costs

[ ] Contact prohibited between defendant and victim/victim's family or household members

[ ] Reimburse Commonwealth for investigatory medical fees

[ ] Pay $50 fee to the Court for Trauma Center Fund

[✓] § 19.2-298.02(D) – dismissal expungement eligible by parties' agreement

[ ] Other: ..........

[ ] Submit to FINGERPRINTING and photograph per attached order

[ ] Remanded for [ ] FINGERPRINTING/CCRE Report
[ ] ..........

[ ] DNA order incorporated

[ ] Bail on Appeal $ ..........

4/09/2026 [signature]
DATE JUDGE

APR 9 - 2026 R.J. OBREGON

Offense Tracking Number: 059GM2400098093

| | | |
|---|---|---|
| **FINE** | LOCALITY | $ |
| **COSTS** | | |
| 461 | FIXED MISD FEE | 61 |
| 462 | FIXED DRUG MISD FEE | |
| 460 | FIXED TRAFFIC INFRACTION FEE | |
| 001 | INT CRIM CHILD FEE | 15 |
| 113 | WITNESS FEE | |
| 113 | IGNITION INTERLOCK | |
| 113 | DUI FEE | |
| 113 | | |
| 120 | CT. APPT. ATTY | |
| 121 | TRIAL IN ABSENCE FEE | |
| 125 | WEIGHING FEE | |
| 133 | BLOOD TEST FEE | |
| 137 | TIME TO PAY | |
| 192 | TRAUMA CENTER FEE | |
| 223 | LIQUIDATED DAMAGES | |
| 234 | JAIL ADMISSION FEE | |
| 243 | LOCAL TRAINING ACADEMY FEE | 1 |
| 244 | COURTHOUSE SECURITY FEE | 10 |
| **OTHER (SPECIFY)** | | 5 |
| **TOTAL** | | $ 92 |

[ ] Stay of the proceedings pursuant to § 16.1-131.1

.......... ..........
DATE JUDGE